UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

VIRGINIA R. PHILLIPS
A/K/A GINGER PHILLIPS

Debtor(s)

Chapter 13
Case No. 17-28682

Judge PAMELA S. HOLLIS

### NOTICE OF WITHDRAWAL OF NOTICE OF FINAL CURE MORTGAGE PAYMENT

The Notice of Final Cure Mortgage Payment filed on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper on November 9, 2018 (Doc #37) is hereby withdrawn.

*/s/ Timothy R. Yueill*
By: Timothy R. Yueill, Esq.
Counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois 60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 18-03121